

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Amber Lynn Haugen,                    \* From the 70th District Court
                                        of Ector County
                                        Trial Court No. A-16-1450-CR.

Vs. No. 11-17-00305-CR                \* October 31, 2019

The State of Texas,                   \* Memorandum Opinion by Wright, S.C.J.
                                        (Panel consists of: Bailey, C.J.,
                                        Stretcher, J., and Wright, S.C.J., sitting
                                        by assignment)
                                        (Willson, J., not participating)

  This court has inspected the record in this cause and concludes that there is no error in the judgment below.  Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.